UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 15-2723 DSF (JCx) | Date | 7/28/15 |
|---|---|---|---|
| Title | Serezha Krmyzyan v. U.S. Bank, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Defendant's Motion to Dismiss (Dkt. No. 25)

Defendant's motion to dismiss was filed on July 2, 2015 with a hearing date of August 10, 2015. Plaintiff's opposition was due July 20, 2015. No opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for August 10, 2015 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. L.R. 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994).

The motion to DISMISS is GRANTED.

IT IS SO ORDERED.