JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serezha Krmyzyan, <br>     Plaintiff, <br>   vs. <br> U.S. Bank, N.A., et al., <br>     Defendants. | Case No.: CV 15-2723 DSF (JCx) <br><br> JUDGMENT |

    The Court having previously granting U.S. Bank, N.A.'s motion to dismiss and having issued an Order to Show Cause re Dismissal for Lack of Prosecution with plaintiff not having timely responded,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed with prejudice as to U.S. Bank, N.A. and without prejudice as to the other defendant.

Dated: 11/3/15

_____
Dale S. Fischer
United States District Judge